1  Alejandro F. Michel T-86169
2  FB-2-227 (P.O. Box 240066
3  Represa CA 95671

E-filing 

United States District Court
For The Northern District of California

CV 08  1724
Case# S155473

Alejandro F. Michel
PETITIONER

vs

William T. Sullivan, Warden
Respondent

Motion to File Habeas Corpus
And reason for delay.

JSW

(PR)

## Introduction

The above named petitioner here by appeal's the decision of the California Supreme court. Petitioners delay application is based on the following; Petitioners habeas corpus was Filed on the date of August 17, 2007. Subsequently the habeas corpus Filed by petitioner was denied. (see exhibit "C") The denial date was January, 30, 2008 (exhibit "C") Petitioner was transfer from the institution from which petitioner filed the above petition; on the date of September 9, 2007 That institution was CCI Tehachapi.

As a result of this transfer petitioner's mail had to follow a "reroute process" and this "reroute process" delay the normal time span in wich petitioner would normally receive his mail. on the date of March 07, 2008 petitioner received the california supreme court denial. On the envelope that the denial was received it will verify the fact that the letter was mailed to petitioner at his old address but received here at CSP-Sacramento (petitioners new location) on the date of March 07, 2008.

## CONCLUSION

For the aboved mentioned set of circumstances the above named Petitioner hereby request that the honorable court allow petitioner to proceed with this habeas corpus and proceed the same.

DATED. MARCH 25, 2008

RESPECTFULLY SUBMITTED BY:

*Alejandro Michel*

ALEJANDRO F MICHEL
— PRO-PER PETITIONER.