Alejandro F. Michel #T-86169

P.O Box 290066

Represa, California 95671

In Propria Persona

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alejandro F. Michel<br><br>    Petitioner,<br><br>  vs.<br><br>James Walker, Warden, et al<br><br>    Respondent, | Case #C08-1724JSW<br><br>Petitioners Application<br>For Extension of Time:<br>Declaration of Alejandro<br>F. Michel |

Petitioner respectfully applies to this court for an extension of time, to and including, August 11, 2008; in which to file Petitioners response to the Respondent's Motion to Dismiss Habeas Corpus Petition as untimely, with the present due date of July 12, 2008.

//
//
//
//
//
//
//

I

This Application is made for good cause as set forth in the attached Declaration of Alejandro F. Michel.

DATED: JULY 4, 2008

                                  Respectfully submitted,

                                  *Alex Michel*
                                  Alejandro F. Michel #T-86169
                                  In Prpria Persona

II

## DECLARATION OF ALEJANDRO F. MICHEL

I, Alejandro F Michel, hereby declare under the penalty of perjury that the following is true and correct;

1. I am the petitioner in this matter (C08-1724 JSW), and that I am a layman of the law, having not previously sought an extension of time to file my response to the Respondents Motion to Dismiss Habeas Corpus Petition as untimely;

2. Pursuent to this Courts Ruling, I have until , July 12, 2008, to file my Motion in Opposition to Respondents' Motion to Dismiss;

3. Due to my ignorence of the law, I have spent a considerable amount of time becoming aquainted with the appropriate proceedurals; in which, to file my opposition:

4. I am currently awaiting Administrative staff response to my request of mail records, in order; to correct and/or dispute some of the dates relied upon by the Respondents;

5. I am allowed two (2) hours a day in the legal library, which is subject to be cut due to Administrative/ program problems and or activities;

6. I have not had adequate time within the legal library to (actually) prepare my arguments, due to institutional lockdowns and or other Administrative problems;

7. These unforseen circumstances have made it impossible for me to effectively and adequately respond to the Respondents "Motion to dismiss" within this deadline;

8. As a result, I need more time and respectfully request that the due date be extended, to and including,

I

August 11, 2008, within to file my opposition;

      9. Due to my incarceration, I am unable to contact the Respondent's in order to determine whether he has an objection to my request for an extension of time prior to filing of this application.

      Executed on the 3rd Day of July, 2008, here at the California State Prison-Sacramento, Post Office Box 290066, Represa, California 95671.

//

DATED: JULY 3, 2008                    *Alex Michel*
                                        Alejandro F. Michel #T-86169
                                        In Propria Persona

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

II

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, __ALEJANDRO. Michel__, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

```
A. Michel # T-86169
B1-208-CSP-SAC
PO Box 290066
REPRESA, CA 95671
```

On, __July 6, 2008__, I served the following documents:

__"APPLICATION FOR EXTENSION OF TIME & DECLARATION" of PETITIONER__

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

```
1. UNITED STATES NORTHERN DIST.    2. ATTORNEY General
   450 Golden Gate Ave,               455 Golden Gate Avenue # 11000
   San Francisco, CA                  Suite # 11000
   94102-3483                         San Francisco,
                                      CA 94102-3664
```

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this __Sixth__ day of __July__, __2008__, at California State Prison - Sacramento, Represa, California.

(Signature) _Alen michel_