IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO F. MICHEL,<br><br>Petitioner,<br><br>vs.<br><br>J. WALKER, Warden,<br><br>Respondent. | No. C 08-1724 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE PETITION**<br><br>(Docket No. 5) |

Petitioner, a prisoner of the State of California has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. On July 8, 2008, Petitioner filed a motion seeking an extension of time to file an opposition to Respondent's motion to dismiss the petition. Good cause appearing, his request for an extension of time is GRANTED (docket no. 5). Petitioner shall file his opposition on or before thirty days from the date of this order.

IT IS SO ORDERED.

DATED: 07/15/08

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO F. MICHEL,<br><br>        Plaintiff,<br><br>  v.<br><br>J. WALKER, et al,<br><br>        Defendant. | Case Number: CV08-01724 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alejandro F. Michel
T86169
CSP-Sacramento
P.O. Box 290066
Represa, CA 95671

Dated: July 15, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk